UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSE CIRO VELASQUEZ-ORTEGA, )
)
      Plaintiff, )
v. )
) CIVIL ACTION NO. 1:06CV01229 JDB
MICHAEL CHERTOFF, Secretary )
of the U.S. Department of Homeland )
Security, et al., )
)
      Defendants. )
_____)

City of Washington )
) ss:
District of Columbia )

### AFFIDAVIT OF MAILING

Ellen E. Elms, being duly sworn upon her oath, deposes and says:

1. My name is Ellen E. Elms. I am over twenty-one (21) years of age and am competent to make this affidavit.

2. I make this affidavit upon personal knowledge.

3. My position is Secretary at Mayer, Brown, Rowe & Maw LLP, located at 1909 K Street, N.W., Washington, D.C. 20006, with the telephone number of (202) 263-3000.

4. On July 10, 2006, I caused to be mailed by Certified Mail, return receipt requested, a Summons and Complaint in the above-referenced action, directed to the following:

      Attorney General
      U.S. Department of Justice
      950 Pennsylvania Avenue, NW
      Washington, DC 20530-0001

5.    A true and correct copy of the return receipt indicating receipt on July 11, 2006 is attached hereto.

FURTHER, affiant sayeth not.

_____
Ellen E. Elms

SUBSCRIBED AND SWORN before me this 9th day of August, 2006.

_____
Notary Public

SANDI A. MASON
Notary Public, District of Columbia
My Commission Expires March 14, 2011

2

