UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE CIRO VELASQUEZ-ORTEGA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MICHAEL CHERTOFF, Secretary )<br>of the U.S. Department of Homeland )<br>Security, et al., )<br>)<br>Defendants. )<br>_____) | CIVIL ACTION NO. 1:06CV01229 JDB |

City of Washington        )
                                    )  ss:
District of Columbia      )

### AFFIDAVIT OF MAILING

Ellen E. Elms, being duly sworn upon her oath, deposes and says:

1. My name is Ellen E. Elms. I am over twenty-one (21) years of age and am competent to make this affidavit.

2. I make this affidavit upon personal knowledge.

3. My position is Secretary at Mayer, Brown, Rowe & Maw LLP, located at 1909 K Street, N.W., Washington, D.C. 20006, with the telephone number of (202) 263-3000.

4. On July 10, 2006, I caused to be mailed by Certified Mail, return receipt requested, a Summons and Complaint in the above-referenced action, directed to the following:

> Michael Chertoff, Emilio T. Gonzalez, Gerard Heinauer,
>     Mary Ann Gantner, all served via
> Office of General Counsel
> U.S. Department of Homeland Security
> Washington, DC 20528

5.   A true and correct copy of the return receipt indicating receipt on July 18, 2006 is attached hereto.

FURTHER, affiant sayeth not.

_____
Ellen E. Elms

SUBSCRIBED AND SWORN before me this 9th day of August, 2006.

_____
Notary Public

*Sandi A. Mason*
SANDI A. MASON
Notary Public, District of Columbia
My Commission Expires March 14, 2011

2

