UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSE CIRO VELASQUEZ-ORTEGA,                )
                                            )
        Plaintiff,                          )
                                            )
v.                                          )
                                            )
MICHAEL CHERTOFF, Secretary                 )
of the U.S. Department of Homeland          )
Security, et al.,                           )
                                            )
        Defendants.                         )
_____)

City of Washington       )
                         )   ss:
District of Columbia     )

### AFFIDAVIT OF MAILING

Ellen E. Elms, being duly sworn upon her oath, deposes and says:

1. My name is Ellen E. Elms. I am over twenty-one (21) years of age and am competent to make this affidavit.

2. I make this affidavit upon personal knowledge.

3. My position is Secretary at Mayer, Brown, Rowe & Maw LLP, located at 1909 K Street, N.W., Washington, D.C. 20006, with the telephone number of (202) 263-3000.

4. On July 10, 2006, I caused to be mailed by Certified Mail, return receipt requested, a Summons and Complaint in the above-referenced action, directed to the following:

   Civil Process Clerk
   Office of the United States Attorney
   Judiciary Center
   555 Fourth Street, NW
   Washington, DC 20503

FURTHER, affiant sayeth not.

_____
Ellen E. Elms

SUBSCRIBED AND SWORN before me this 7th day of August, 2006.

_____
Notary Public

_____
SANDI A. MASON
Notary Public, District of Columbia
My Commission Expires March 14, 2011

