UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOSE CIRO VELASQUEZ-ORTEGA,  )<br> )<br>Plaintiff,  )<br> )<br>v.  )<br> )<br>MICHAEL CHERTOFF, Secretary,  )<br>U.S. Department of Homeland Security, et al.  )<br> )<br>Defendants.  )<br> ) | Civil No. 06-1229 (JDB) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

Defendants, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully move for an enlargement of time of thirty days, up to and including October 16, 2006, in which to move, answer or otherwise respond to plaintiff's complaint. Defendants' response would otherwise be due on September 15, 2006.  Defendants seek this enlargement on the following grounds:

This complaint arises under the Administrative Procedure and Mandamus Acts. Undersigned counsel spoke with agency counsel at the Department of Homeland Security and learned that plaintiff is scheduled for a hearing, on or about September 25, 2006, to determine his adjustment eligibility.  Because the outcome of that hearing may affect the nature of defendant's response in this matter, undersigned counsel requests this enlargement of time.

Pursuant to Local Rule 7(m), undersigned counsel contacted plaintiff's counsel to ascertain his position on this motion.  Plaintiff's counsel consented to this motion.  As there are

no pending deadlines, the granting of this motion will have no effect on any deadlines in this matter.

For the reasons cited above, defendants respectfully request that the enlargement of time to answer, move or otherwise respond to this complaint be granted.

An order granting the relief sought is attached hereto.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
555 Fourth Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-6531
Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of September, 2006, the foregoing was served upon counsel for plaintiff via the Court's ECF e-mail.  I further certify that the signed original of this motion shall be retained in the official case file.

/s/
MARIAN L. BORUM
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW FACEY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 06-0940 (RWR) |
| | ) |
| MICHAEL CHERTOFF, Secretary, | ) |
| U.S. Department of Homeland Security, | ) |
| | ) |
| EMILIO GONZALEZ, Director, | ) |
| U.S. Citizenship and Immigration Services, and | ) |
| | ) |
| RICHARD CATERISANO, District Director, | ) |
| U.S. Citizenship and Immigration Services, | ) |
| | ) |
| Defendants. | ) |

## ORDER

UPON CONSIDERATION of defendants' Consent Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this ____ day of September, 2006

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendants shall have up to an including October 16, 2006 in which to respond to plaintiff's Complaint.

Date _____                _____
                                          UNITED STATES DISTRICT JUDGE