UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOSE CIRO VELASQUEZ-ORTEGA,<br><br>          Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary,<br>U.S. Department of Homeland Security, <u>et al.</u><br><br>          Defendants. | )<br>)<br>)<br>)<br>)    Civil No. 06-1229 (JDB)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

      Defendants, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully move for an enlargement of time of three weeks, up to and including November 3, 2006, in which to move, answer or otherwise respond to plaintiff's complaint. Defendants' response would otherwise be due on October 16, 2006. Defendants seek this enlargement on the following grounds:

      This complaint arises under the Administrative Procedure and Mandamus Acts. Plaintiff filed this action to compel the U.S. Citizenship and Immigration Bureau to adjudicate his application to become a lawful permanent resident. <u>See</u> Complaint ¶ 1. On September 29, 2006, plaintiff appeared for an Adjustment of Status Interview for the adjudication of his application. Subsequent to his interview, by letter dated October 11, 2006, plaintiff was informed that his application was denied. Therefore, the administrative relief plaintiff requested in his complaint has occurred. In light of that fact, plaintiff's counsel is considering the next

procedural step in this matter, and the parties are attempting to determine a way in which to resolve this matter.

As there are no pending deadlines, the granting of this motion will have no effect on any deadlines in this matter.

For the reasons cited above, defendants respectfully request that the enlargement of time to answer, move or otherwise respond to this complaint be granted.

An order granting the relief sought is attached hereto.

                              Respectfully submitted,

                              /s/
                              JEFFREY A. TAYLOR, D.C. Bar # 498610
                              United States Attorney

                              /s/
                              RUDOLPH CONTRERAS, D.C. Bar # 434122
                              Assistant United States Attorney

                              /s/
                              MARIAN L. BORUM, D.C. Bar # 435409
                              Assistant United States Attorney
                              555 Fourth Street,  N.W. - Civil Division
                              Washington, D.C.  20530
                              (202) 514-6531
                              Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of October, 2006, the foregoing was served upon counsel for plaintiff via the Court's ECF e-mail. I further certify that the signed original of this motion shall be retained in the official case file.

/s/
MARIAN L. BORUM
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOSE CIRO VELASQUEZ-ORTEGA,  )<br>)<br>Plaintiff,  )<br>v.  )<br>)<br>MICHAEL CHERTOFF, Secretary,  )<br>U.S. Department of Homeland Security, <u>et al.</u>  )<br>)<br>Defendants.  )<br>) | Civil No. 06-0940 (RWR) |

## ORDER

UPON CONSIDERATION of defendants' Consent Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this ____ day of _____, 2006

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendants shall have up to an including November 3, 2006, in which to respond to plaintiff's Complaint.


Date _____                    _____
                                             UNITED STATES DISTRICT JUDGE