UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE CIRO VELASQUEZ-ORTEGA,<br><br>Plaintiff,<br>v.<br><br>MICHAEL CHERTOFF, Secretary,<br>U.S. Department of Homeland Security, et al.<br><br>Defendants. | Civil No. 06-1229 (JDB) |

## STIPULATION TO DISMISS

Plaintiff, Jose Ciro Velasquez-Ortega and Defendants, Michael Chertoff, Secretary, U.S. Department of Homeland Security, et al., pursuant Federal Rule of Procedure 41, stipulate and agree to the dismissal of this action with prejudice and with each party bearing its own costs.

Respectfully submitted,

_____
ANDREW J. MORRIS
D.C. Bar No. 411865
MAYER, BROWN, ROWE & MAW, LLP
1901 K Street, N.W.
Washington, D.C. 20006-1157
202-263-3000
Counsel for Plaintiff

_____
JEFFREY A. TAYLOR
D.C. Bar No. 498610
UNITED STATES ATTORNEY

_____
RUDOLPH CONTRERAS
D.C. Bar No. 434122
Assistant United States Attorney

_____
MARIAN L. BORUM
D.C. Bar No. 435409
Assistant United States Attorney
555 Fourth Street, N.W.-Civil Division
Washington, D.C. 20530
202-514-6531
Counsel for Defendants